# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S. FREEMAN, II,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2021-2152

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1561, Judge Michael P. Allen.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 1, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 23, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court